UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-81273-Cannon/McCabe

TIMOTHY E. MARIS,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.
_______________________________________/

**REPORT & RECOMMENDATION**

THIS CAUSE comes before the Court on Movant Timothy E. Maris's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (DE 1), which the District Court referred to the undersigned for an evidentiary hearing and Report and Recommendation limited to Claim Two (DE 12). For the reasons set forth below, the undersigned **RECOMMENDS** that Claim Two be **DISMISSED** as withdrawn.

The District Judge previously denied all claims raised in Movant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, except Claim Two, which alleges that Movant's former counsel rendered ineffective assistance by failing to file a notice of appeal despite Movant's instruction to do so. (DE 12). The undersigned thereafter scheduled an evidentiary hearing for November 2, 2026 and issued a Writ of Habeas Corpus Ad Testificandum to secure Movant's appearance. (DE 16, DE 18). On October 6, 2026, Movant filed a Motion to Withdraw Claim No. 2 and to Cancel Evidentiary Hearing, expressly withdrawing Claim Two. (DE 19). The undersigned thereafter canceled the evidentiary hearing and quashed the Writ. (DE 20).

Because Movant has expressly withdrawn Claim Two, no claim remains for adjudication pursuant to the District Judge's referral. Accordingly, the undersigned **RECOMMENDS** as follows:

1. Claim Two of the Motion (DE 1) be **DISMISSED AS WITHDRAWN**, and that a certificate of appealability be **DENIED** as to Claim Two.

2. The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

3. **IF A PARTY DOES NOT INTEND TO OBJECT TO THIS REPORT AND RECOMMENDATION, THE PARTY SHALL FILE A NOTICE TO THAT EFFECT WITHIN FIVE (5) DAYS.**

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 7th day of October 2026.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE