**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-81273-CIV-CANNON**

**TIMOTHY E. MARIS**,

Movant,

v.

**UNITED STATES OF AMERICA**,

Respondent.
_________________________________/

# FINAL JUDGMENT

**THIS MATTER** comes before the Court upon Movant's Motion to Withdraw Claim Two and Request to Cancel Evidentiary Hearing (the "Motion") [ECF No. 19], filed on October 6, 2026. The Court previously denied Movant's Claim One without a certificate of appealability [ECF No. 12 pp. 27–28], but reserved ruling on Claim Two pending an evidentiary hearing [ECF No. 12 pp. 26–28]. Magistrate Judge Ryon M. McCabe thereafter scheduled an evidentiary hearing and issued a Writ of Habeas Corpus Ad Testificandum [ECF No. 18], but on October 6, 2026, prior to the November 2, 2026, evidentiary hearing, Movant filed the instant Motion indicating his request to file withdraw Claim Two and cancel the evidentiary hearing [ECF No. 19 p. 1]. In view of that withdrawal, there remain no additional claims for resolution. Accordingly, pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in light of the Court's Order Denying in Part Motion to Vacate Sentence and Setting Evidentiary Hearing on Claim Two [ECF No. 12], it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 23], to which no party has filed an objection within the time permitted, is **ACCEPTED**.

2. Final Judgment is hereby **ENTERED** in favor of Respondent, the United States of America, and against Movant Timothy E. Maris.
3. This case is **CLOSED**.

**ORDERED** in chambers in Fort Pierce, Florida, this 28th day of October 2026.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record